## INGRAM V. THE STATE.
(Decided Jan. 19, 1911.)

APPEAL from Clay County Court.

Heard before Hon. E. J. GARRISON.

WHATLEY & CORNELIUS, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

SOMERVILLE, J.—As to the organization of the grand jury, the questions presented were decided adversely to the appellant in *Patterson v. The State*, 171 Ala. 2; 54 South. 696. The predicate for the admission of dying declarations was sufficient.—*McEwen v. The State*, 152 Ala. 38; 44 South. 619. Affirmed.

DOWDELL, C. J., ANDERSON and SAYRE, JJ., concur.

---

## STATE EX REL. CITY OF TUSCALOOSA V. COURT OF COUNTY COMMISSIONERS OF TUSCALOOSA COUNTY.
(Decided July 6, 1911.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

SOMERVILLE & CLARKSON, for appellant. OLIVER, VERNER & RICE, for appellee.

DOWDELL, C. J.—Affirmed on the authority of *Board of Revenue of Jefferson County,, State ex rel. City of Birmingham*, 172 Ala. 138, 54 South. 757.

ANDERSON, McCLELLAN, MAYFIELD. SAYRE and EVANS, JJ., concur.